IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff-Respondent, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-12-3220 |
| | § | |
| | § | |
| JAIME ARRELLANO LOPEZ, | § | |
| Federal Prisoner # 13333-379, | § | |
| | § | |
| Defendant-Petitioner. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order, this action is **DISMISSED**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 9th day of November, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE